No. 137. TIMKEN-DETROIT AXLE Co. v. CLEVELAND STEEL PRODUCTS CORP.;

No. 140. MARMON ET AL. v. ILLINOIS;

No. 147. COOPER v. PARSONS, RECEIVER;

No. 181. WELLS LAMONT CORP. v. BOWLES, PRICE ADMINISTRATOR, ET AL.;

No. 188. LAWRENCE v. ILLINOIS;

No. 202. STANDARD REGISTER Co. v. AMERICAN SALES BOOK Co., INC.;

No. 212. GENECOV v. TEXAS ET AL.;

No. 245. SOUTHERN CALIFORNIA FREIGHT LINES v. McKEOWN;

No. 275. NYCUM v. CITY OF ALTOONA;

No. 352. COUNTY OF THURSTON ET AL. v. UNITED STATES; and

No. 359. STOCKHOLDERS' COMMITTEE OF THE UNIVERSAL LUBRICATING SYSTEMS, INC. v. STALEY, TRUSTEE. November 5, 1945. MR. JUSTICE BURTON took no part in the consideration or decision of these applications.

No. 24, Misc. IN RE WILSON. November 13, 1945.

No. 208. DE NORMAND ET AL. v. UNITED STATES. November 13, 1945.

No. 295. CLOVERLEAF BUTTER Co. v. UNITED STATES. November 13, 1945.

No. 297. ARUNDEL CORPORATION v. UNITED STATES. November 13, 1945.

No. 334. MASON v. BANTA CARBONA IRRIGATION DISTRICT. November 13, 1945.